[No. 12151.  Department One.  January 6, 1915.]

A. T. DISHMAN, *Respondent*, v. R. E. STROM, *Appellant*.[1]

APPEAL—REVIEW—FINDINGS.  Findings upon conflicting oral tes-
timony which was mostly opinion evidence will not be disturbed on
appeal, where there was ample room for difference in the conclu-
sions to be drawn therefrom.

Appeal from a judgment of the superior court for Spo-
kane county, Sullivan, J., entered February 27, 1914, upon
findings in favor of the plaintiff, in an action to recover rent,
tried to the court.  Affirmed.

*Severin Iverson,* for appellant.

*Lawrence Jack,* for respondent.

PARKER, J.—The plaintiff commenced this action in the
superior court for Spokane county seeking a recovery of
rent for a portion of a tract of land which he had pur-
chased from the defendant, and which the defendant con-
tinued to hold possession of and occupy after the purchase
and after the plaintiff was entitled to possession thereof.
The case was tried before the court without a jury, resulting
in findings and judgment in favor of the plaintiff, from which
the defendant has appealed.

There is no question here presented, worthy of serious
consideration, other than the reasonable rental value of the
portion of the land held possession of by appellant after
the purchase thereof by respondent.  This question must be
determined wholly from oral evidence, the larger part of
which is opinion evidence.  It is in serious conflict, leaving
ample room for difference in conclusions to be drawn there-
from.  The statement of facts comprising only eighteen
pages of typewriting, we have read all of the evidence there-
in, rather than depend on the abstract thereof prepared by
counsel, and conclude that we would not be warranted in dis-

[1]Reported in 145 Pac. 186.

turbing the learned trial court's conclusion upon the question of reasonable rental value of the portion of the land which appellant retained possession of.

The judgment is affirmed.

CROW, C. J., CHADWICK, GOSE, and MORRIS, JJ., concur.